# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBIN M. LEE,

        Plaintiff(s),

v.

THE OFFICES OF THE U.S. ATTORNEYS, et al.,

        Defendant(s).

2:12-CV-781 JCM (GWF)

## ORDER

Presently before the court is the matter of *Lee v. Offices of the U.S. Attorney's et al*, case number 2:12-cv-00871.

Plaintiff filed a complaint and attempted to pay the $350 filing fee via a check. The check bounced when the clerk's office attempted to cash the check.

Plaintiff has 30 days from the publication of this order to write a new, valid check. Alternatively, plaintiff has 30 days from the publication of this order to file a motion to proceed *in forma pauperis*.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff has 30 days from the publication of this order to file a new, valid check or file a motion to proceed *in forma pauperis*. If plaintiff does not comply then the clerk of the court is ordered to dismiss the complaint without prejudice.

DATED December 21, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**