1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBIN LEE,

        Plaintiff(s),

v.

OFFICES OF THE U.S. ATTORNEY, et al.,

        Defendant(s).

2:12-CV-781 JCM (GWF)

**ORDER**

Presently before the court is the matter of *Lee v. Offices of the U.S. Attorney's, et al,* case number 2:12-cv-00871-JCM-GWF.

Plaintiff filed a complaint and attempted to pay the $350 filing fee via a check. The check bounced when the clerk's office attempted to cash it. In response, the court issued an order directing plaintiff to write a new, valid check or, alternatively, file a motion to proceed *in forma pauperis*. (Doc. # 3). The court further advised plaintiff that failure to comply with the order within 30 days would result in the dismissal of the complaint with prejudice. (*Id.*).

The clerk's office attempted to mail the order to plaintiff's address of record. (Doc. ## 4, 5). The mail was returned as undeliverable with a notation from the sender that plaintiff was no longer living at that address. Plaintiff failed to update his address in violation of the local rules. *See* LSR 2-2 ("The plaintiff shall immediately file with the Court written notification of any change of address. . .[f]ailure to comply with this Rule may result in dismissal of the action with prejudice.").

**James C. Mahan**
**U.S. District Judge**

1    Plaintiff did not attempt to issue a new check nor did he file a motion to proceed *in forma*
2 *pauperis*. The clerk thereafter terminated the case in accordance with the court's order.
3    In response, plaintiff filed the instant "motion for a proper application for a proper leave of
4 courts." (Doc. # 6). In addition to being filed 10 months past the court-ordered deadline, it is not
5 a proper application to proceed *in forma pauperis* and the case has already been terminated with
6 prejudice. The instant motion is denied.
7    Accordingly,
8    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's "motion for a
9 proper application for a proper leave of courts" (doc. # 6) be, and the same hereby is, DENIED.
10    DATED March 31, 2014.

      _____
      **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -